**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No.: 1:25-cr-10030-JDB _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 26 U.S.C. § 5822 |
| | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5845(a)(8) |
| | ) | 26 U.S.C. § 5861(c) |
| **DALLAS WADE BAKER** | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5861(f) |
| | ) | 26 U.S.C. § 5861(i) |
| Defendant. | ) | 26 U.S.C. § 5871 |

# INDICTMENT

**THE GRAND JURY CHARGES:**

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

---------------------------------------------**DALLAS WADE BAKER**-------------------------------------

Knowingly possessed the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
|---|---|
| 1 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 2 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

made in violation of chapter 53 of Title 26, by **DALLAS WADE BAKER**, in violation of Title 26, United States Code, Sections 5822, 5861(c) and 5871.

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

-------------------------------------------DALLAS WADE BAKER------------------------------------

Knowingly possessed the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
|---|---|
| 3 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 4 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

-------------------------------------------DALLAS WADE BAKER------------------------------------

Knowingly made the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
|---|---|
| 5 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 6 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

in violation of Title 26, United States Code, Sections 5822, 5861(f) and 5871.

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

-------------------------------------------DALLAS WADE BAKER-------------------------------------

Knowingly possessed the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
|---|---|
| 7 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 8 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

Not identified by a serial number as required by chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

A TRUE BILL:

_____
FOREPERSON

_____
DATE

JOSEPH C. MURPHY, JR.
INTERIM UNITED STATES ATTORNEY

_____
HILLARY LAWLER PARHAM
ASSISTANT UNITED STATES ATTORNEY

3