Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
# Southern District of Illinois (East St. Louis)
# CRIMINAL DOCKET FOR CASE #: 3:25-mj-07161-MAB-1

| | |
|---|---|
| Case title: USA v. Baker | Date Filed: 07/25/2025 |

Assigned to: Magistrate Judge Mark A. Beatty

**Defendant (1)**

| | | |
|---|---|---|
| **Dallas Wade Baker** | represented by | **Ankoor Shah**<br>Federal Public Defender's Office - East St. Louis<br>650 Missouri Avenue<br>Suite G10A<br>East St. Louis, IL 62201<br>618-482-9050<br>Email: ankoor_shah@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

Query    Reports    Utilities    Help    What's New    Log Out

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Daniel S. Carraway**<br>U.S. Attorney's Office - Fairview Heights<br>9 Executive Drive<br>Fairview Heights, IL 62208<br>618-628-3700<br>Email: daniel.carraway@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 07/25/2025 | 1 | ☐ | Indictment and Arrest Warrant-Western District of Tennessee as to Dallas Wade Baker. (jmj) (Entered: 07/25/2025) |
| 07/25/2025 | 2 | | NOTICE OF HEARING as to Dallas Wade Baker. Initial Appearance - Rule 40/5(c)(3) set for 7/28/2025 at 11:00 AM in East St. Louis Courthouse before Magistrate Judge Mark A. Beatty. (jmj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/25/2025) |
| 07/28/2025 | 3 | ☐ | Minute Entry for proceedings held before Magistrate Judge Mark A. Beatty: Initial Appearance in Rule 5 Proceedings as to Dallas Wade Baker held on 7/28/2025. AUSA Madalyn Campbell appears on behalf of the Government. Defendant appears pursuant to an arrest warrant issued in the Western District of Tennessee, Eastern Division. Financial Affidavit submitted to the Court, and it is accepted. The Federal Public Defender appears with Defendant and is appointed to represent the Defendant for all further proceedings in this district only. Defendant submits a Waiver of Rule 5 & 5.1 Hearings. Defendant waives his right to a preliminary hearing and detention hearing in the Southern District of Illinois. Waiver is accepted. Defendant request that those hearings be held in the prosecuting district, at a time set by that court. Defendant requests an identity hearing. Identity hearing held. Government's Exhibit 1 submitted to the Court. The Court finds the Government has met its burden to prove that the Defendant before the court is in fact, the Defendant named in the Indictment and accompanying arrest warrant. The Court notes that the Indictment is against "Dallas Wade Baker" and the current individual before the Court is "Dallas Brent Baker" therefore the inclusion of "Wade" must be a result of a typographical error. |

| | | | |
|---|---|---|---|
| | | | of charges. Defendant remanded to custody of U.S. Marshal to be returned to the Western District of Tennessee. (Court Reporter Erikia Schuster.) (jmj) (Entered: 07/28/2025) |
| 07/28/2025 | 4 | | CJA 23 Financial Affidavit by Dallas Wade Baker. (jmj) (Entered: 07/28/2025) |
| 07/28/2025 | 5 | ☐ | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Dallas Wade Baker. Signed by Magistrate Judge Mark A. Beatty on 7/28/2025. (jmj) (Entered: 07/28/2025) |
| 07/28/2025 | 6 | ☐ | WAIVER of Rule 5(c)(3) Hearings by Dallas Wade Baker. (jmj) (Entered: 07/28/2025) |
| 07/28/2025 | 7 | ☐ | COMMITMENT TO ANOTHER DISTRICT as to Dallas Wade Baker. Defendant committed to District of Western District of Tennessee. Signed by Magistrate Judge Mark A. Beatty on 7/28/2025. (jmj) (Entered: 07/28/2025) |
| 07/28/2025 | 8 | ☐ | Letter from SD/IL to WD/TN. (jmj) (Entered: 07/28/2025) |

View Selected

or

Download Selected

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

☐ Benton ☒ East St. Louis

☒ Initial Appearance – Rule 5 Hearing ☐ Detention Hearing

**CRIMINAL NO.** 25-mj-7161-MAB        **DATE:** 7/28/2025
USA vs. DALLAS BAKER                   **JUDGE:** MARK A. BEATTY
☒ Present ☒ Custody ☐ Bond             **DEPUTY:** JENNIFER JONES
**DEFT. COUNSEL:** ANKOOR SHAH, AFPD   **REPORTER:** ERIKIA SCHUSTER
☒ Present ☒ Apptd. ☐ Retained
**GOVT. COUNSEL:** MADALYN CAMPBELL, AUSA    **TIME:** 11:17 AM-11:36 AM

---

☒ Defendant appears pursuant to an arrest warrant issued in the Western District of Tennessee, Eastern Division.

☒ Financial Affidavit submitted to the Court and it is accepted.

☒ The Federal Public Defender appears with Defendant and is appointed to represent the Defendant for all further proceedings in this district only.

☒ Defendant has received and reviewed a copy of the Arrest Warrant and
    ☒ Indictment ☐ Information ☐ Criminal Complaint
    ☐ Order ☐ Petition to Revoke Supervised Release/Probation

☒ Defendant submits a Waiver of Rule 5 & 5.1 Hearings. Defendant waives his right to a preliminary hearing and detention hearing in the Southern District of Illinois. Waiver is accepted. Defendant request that those hearings be held in the prosecuting district, at a time set by that court.

☒ Defendant requests an identity hearing. Identity hearing held. Government's Exhibit 1 submitted to the Court. The Court finds the Government has met its burden to prove that the Defendant before the court is in fact, the Defendant named in the Indictment and accompanying arrest warrant. The Court notes that the Indictment is against "Dallas Wade Baker" and the current individual before the Court is "Dallas Brent Baker" therefore the inclusion of "Wade" must be a result of a typographical error. Exhibit returned to the Government.

☒ Defendant advised of constitutional rights.

☒ Rule 5(f) admonishment issued.

☒ Defendant advised of charges.

☒ Defendant remanded to custody of U.S. Marshal to be returned to the Western District of Tennessee.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 25-mj-7161-MAB |
| ) | |
| DALLAS BAKER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is hereby found that the defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel.

**WHEREFORE**, the Court hereby appoints the Federal Public Defender for the Southern District of Illinois to represent the defendant.

**IT IS SO ORDERED.**

**DATED: July 28, 2025**

s/Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**

Page 1 of 1

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. ) Case No. 25-MJ-07161-MAB
Dallas Wade Bales )
_Defendant_ ) Charging District's Case No. 1:25-CR-10030-JDB

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_ WD/TN (Eastern Div.)

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☒ a detention hearing.

~~☐~~ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _____

_/s/_ _____
_Defendant's signature_

_/s/_ Ankoor Shah
_Signature of defendant's attorney_

_____
_Printed name of defendant's attorney_

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of ILLINOIS

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
|  | ) | Case No.   25-mj-7161-MAB |
|  | ) |  |
| DALLAS BAKER | ) | Charging District's |
| *Defendant* | ) | Case No.   25-cr-10030-JDB |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Western___ District of ___Tennessee___,
*(if applicable)* ___Eastern___ division.  The defendant may need an interpreter for this language:
_____.

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date:   7/28/2025                                   /s/ Mark A. Beatty
                                                    *Judge's signature*

                                                    Mark A Beatty, United States Magistrate Judge
                                                    *Printed name and title*