AO 442 (Rev. 11/11) Arrest Warrant                                    97312-511

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Dallas Wade Baker<br>*Defendant* | )<br>)  Case No. 1:25-cr-10030-JDB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dallas Wade Baker,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt/possession of NFA Firearms not registered and made in violation of NFA (pipe bombs) with no serial numbers, in violation of 26 U.S.C. Section 5861(c), (d), (f) and (i)

Date: 4/23/2025

s/Andrew Shulman
*Issuing officer's signature*

City and state: Jackson, Tennessee

Wendy Oliver, United States District Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/23/25, and the person was arrested on *(date)* 7/19/25
at *(city and state)* _____

Date: 8/7/25

*Arresting officer's signature*

Arrested in S/IL on 7/19/25
W~~ioop~~ ~~……~~ NOR to WTN
~~Doc~~                              *Printed name and title*
IA on 8/7/25