DAVIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No.: <u>25-10030-JDB</u> |
| Plaintiff, ) | |
| ) | 26 U.S.C. § 5822 |
| v. ) | 26 U.S.C. § 5841 |
| ) | 26 U.S.C. § 5845(a)(8) |
| DALLAS BAKER, ) | 26 U.S.C. § 5861(c) |
| ) | 26 U.S.C. § 5861(d) |
| Defendant. ) | 26 U.S.C. § 5861(f) |
| ) | 26 U.S.C. § 5861(i) |
| ) | 26 U.S.C. § 5871 |

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNTS 1-2

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

-------------------------------------------- **DALLAS BAKER** ----------------------------------------------

knowingly possessed the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
|---|---|
| 1 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 2 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

made in violation of chapter 53 of Title 26, by **DALLAS BAKER**, in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871.

## COUNTS 3-4

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

------------------------------------------- DALLAS BAKER ----------------------------------------------

knowingly possessed the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
|---|---|
| 3 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 4 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

that were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNTS 5-6

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

------------------------------------------- DALLAS BAKER ----------------------------------------------

knowingly made the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
|---|---|
| 5 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 6 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

in violation of Title 26, United States Code, Sections 5822, 5861(f), and 5871.

## COUNTS 7-8

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

-------------------------------------------- **DALLAS BAKER** --------------------------------------------

knowingly possessed the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
|---|---|
| 7 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 8 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

that were not identified by a serial number as required by chapter 53 of Title 26, United States Code, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

A TRUE BILL:

_____
FOREPERSON

_____
DATE

Joseph C. Murphy, Jr.
Interim United States Attorney
Western District of Tennessee

_____
Hillary Lawler Parham
Assistant United States Attorney