AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE WESTERN   DISTRICT OF   TENNESSEE

| UNITED STATES OF AMERICA | | | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|
| V. | | | | | |
| Dallas Wade Baker | | | | | Case Number: 1:25-cr-10030-JDB |

| PRESIDING JUDGE Jon A. York | PLAINTIFF'S ATTORNEY Adam Davis | DEFENDANT'S ATTORNEY Matt Maddox |
|---|---|---|
| TRIAL DATE (S) 8/12/2025 | COURT REPORTER JVR | COURTROOM DEPUTY A. Shulman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/12/2025 | X | X | SEALED -- Medical Records |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages