# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| V. | Case No. 1:25-CR-10030-JDB |
| DALLAS BAKER, | |
| Defendant. | |

## MOTION TO CONTINUE REPORT DATE

Comes your defendant, Dallas Baker, by and through counsel, and moves the Court for a continuance of the report date currently set before the Court on December 18, 2025, and for grounds therefore states:

1. Court-appointed counsel received additional discovery on December 16, 2025, which must be discussed with the defendant. Additionally, the defendant and counsel are reviewing all discovery and investigating this case. Court-appointed counsel may need additional defense services to interview potential witnesses in this case.

2. That counsel for the defendant has contacted AUSA Adam Davis and AUSA Davis has no objection to the continuance.

Case 1:25-cr-10030-JDB   Document 27   Filed 12/17/25   Page 2 of 3   PageID 60

**United States of America v. Dallas Baker**
**U.S. District Court Case No. 1:25-CR-10030**
**Motion to Continue Report Date**
**Page 2 of 3**

For the above stated reasons, the defendant Dallas Baker respectfully requests a continuance for thirty (30) days to a date convenient with the Court.

Respectfully submitted, this the 17th day of December, 2025.

    s/Matthew M. Maddox
    Matthew M. Maddox, 14,400
    Attorney at Law
    19695 East Main Street
    P.O. Box 827
    Huntingdon, TN 38344
    (731) 986-4896
    maddoxfedfile@bellsouth.net
    Attorney for Dallas Baker

## CERTIFICATE OF CONSULTATION

Court-appointed counsel for the defendant hereby certifies that on December 16, 2025, he consulted by telephone with AUSA Adam Davis concerning this Motion to Continue and AUSA Davis has no objection to the continuance.

Respectfully submitted, this the 17th day of December, 2025.

    s/Matthew M. Maddox
    Matthew M. Maddox, 14,400
    Attorney at Law
    19695 East Main Street
    P.O. Box 827
    Huntingdon, Tennessee 38344-0827
    (731) 986-4896
    maddoxfedfile@bellsouth.net

**United States of America v. Dallas Baker**
**U.S. District Court Case No. 1:25-CR-10030**
**Motion to Continue Report Date**
**Page 3 of 3**

# CERTIFICATE OF SERVICE

I, Matthew M. Maddox, one of the attorneys for the defendant, do hereby certify that I have served a copy of the foregoing Motion to Continue Report Date upon Assistant United States Attorney Adam Davis, 109 S. Highland Avenue, Jackson, TN 3830, by electronic means through the Court's ECF System, this the 17th day of December, 2025.

s/Matthew M. Maddox
Matthew M. Maddox, 14,400
Attorney at Law
19695 East Main Street
P.O. Box 827
Huntingdon, Tennessee 38344-0827
(731) 986-4896
maddoxfedfile@bellsouth.net
Attorney for Dallas Baker
