IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| V. | CASE NO. 1:25-CR-10030-JDB |
| DALLAS BAKER, | |
| Defendant. | |

MOTION TO CONTINUE REPORT DATE

Comes your defendant, Dallas Baker, by and through court-appointed counsel, and moves the Court for a continuance of the currently scheduled report date on February 11, 2026, and for grounds therefore states:

1. That due to previous personal issues discussed with the Court as well as court-appointed counsel being forced from his office for a week due to roof leakage from the winter storm, additional time is needed to continue working with the defendant on his case and prepare for the conclusion of this case.

U.S. v. Dallas Baker
U.S. District Court Case No. 1:25-CR-10030-JDB
Motion to Continue Report Date
Page **2** of **4**
_____

2. That the inclement weather and storms have prevented court-appointed counsel from visiting with his client to discuss and prepare this case for ultimate disposition.

3. That court-appointed counsel has consulted with AUSA Adam Davis who stated that he has no objection to the continuance.

For the above stated reasons your defendant respectfully moves the Court for a continuance of the currently scheduled report date for forty-five (45) days to a date convenient with the Court.

Respectfully submitted, this the 10th day of February, 2026.

                                          s/Matthew M. Maddox
                                          Matthew M. Maddox, 14,400
                                          Attorney at Law
                                          19695 East Main Street
                                          P.O. Box 827
                                          Huntingdon, TN 38344
                                          (731) 986-4896
                                          maddoxfedfile@bellsouth.net
                                          Court-appointed counsel for Dallas Baker

Case 1:25-cr-10030-JDB   Document 29   Filed 02/10/26   Page 3 of 4   PageID 65

U.S. v. Dallas Baker
U.S. District Court Case No. 1:25-CR-10030-JDB
Motion to Continue Report Date
Page **3** of **4**
___

# CERTIFICATE OF CONSULTATION

Court-appointed counsel for the defendant hereby certifies that on February 10, 2026, he consulted with Assistant United States Attorney Adam Davis by telephone concerning this Motion and AUSA Davis has no objection.

Respectfully submitted, this the 10th day of February, 2026.

                                                s/Matthew M. Maddox
                                                Matthew M. Maddox, 14,400
                                                Attorney at Law
                                                19695 East Main Street
                                                P.O. Box 827
                                                Huntingdon, TN 38344
                                                (731) 986-4896
                                                maddoxfedfile@bellsouth.net
                                                Court-appointed counsel for Dallas Baker

# CERTIFICATE OF SERVICE

I, Matthew M. Maddox, one of the attorneys for the defendant, do hereby certify that I have served a copy of the foregoing Motion upon Assistant United States Attorney Adam Davis, 109 S. Highland Avenue, Suite 300, Jackson, Tennessee 38301, by electronic means through the Court's ECF System, this the 10th day of February, 2026.

U.S. v. Dallas Baker
U.S. District Court Case No. 1:25-CR-10030-JDB
Motion to Continue Report Date
Page **4** of **4**
_____

          s/Matthew M. Maddox
_____
Matthew M. Maddox, 14,400
Attorney at Law
19695 East Main Street
P.O. Box 827
Huntingdon, TN 38344
(731) 986-4896
maddoxfedfile@bellsouth.net
Court-appointed counsel for Dallas Baker